UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,

      Plaintiff,                  Case No. 9:17-cv-80132-DMM

v.

NEW URBAN LANTANA ROAD, LLC,
a limited liability company,

      Defendant.
_____/

## **NOTICE OF SETTLEMENT AS TO CREATIVE HAIRDRESSERS, INC.**

Plaintiff, pursuant to Local Rule 3.08, hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled as to NEW URBAN LANTANA ROAD, LLC and to requests 30 days finalize the settlement document and submit a dismissal.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this 17th day of March, 2017.

Respectfully submitted,
Attorneys for Plaintiff:

Aaron Finesilver, Of Counsel
Thomas B. Bacon, P.A.
100 N. Biscayne Blvd., Suite 1300
Miami, FL 33131
Telephone: (305) 702-8355
Fax: (305) 503-7374
Aaron@finesilverlaw.com
Florida Bar Number: 577022

By: /s/ Aaron Finesilver
 AARON FINESILVER, ESQ.

Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262