IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY,
Plaintiff,

v.

NEW URBAN LANTANA ROAD, LLC,
Individually,

Defendant.

_____/

:
:
:
:
: Case No.: 9:17-cv-80132-DMM
:
:
:
:
:
:
:


## MOTION FOR STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this Court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties. The parties further request that the Court retain jurisdiction to enforce the settlement agreement.


FOR THE PLAINTIFF                          FOR THE DEFENDANT


By: /s/ Aaron Finesilver_____          By: /s/ Lance Wayne Shinder

| | |
|---|---|
| Aaron Finesilver<br>Thomas B. Bacon, P.A.<br>100 N. Biscayne Blvd., Suite 1300<br>Miami, FL 33132<br>ph. 305.702.8355<br>aaron@finesilverlaw.com<br>FBN: 577022 | Lance Wayne Shinder<br>Lance W. Shinder, P.A.<br>398 Camino Gardens Boulevard<br>Suite 109<br>Boca Raton, FL 33432<br>561-361-6800<br>Fax: 561-361-0062<br>Email: lance@shinderlaw.com |