UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-80132-CV-MIDDLEBROOKS

PATRICIA KENNEDY,

    Plaintiff,

v.

NEW URBANA LANTANA ROAD, LLC,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Joint Stipulation for Dismissal with Prejudice, filed March 30, 2017. (DE 12). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that

(1) The Court retains jurisdiction to enforce the Parties' settlement agreement for 60 days.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT**.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 31st day of March, 2017.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record